UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RAYON DAWKINS, | |
| *Plaintiff*, | **DECLARATION OF SERVICE** |
| -against- | 04-CV-0398 |
| ROGER A. WILLIAMS, Shield #3844; JOHN DOLAN, Investigator; MIKE STUDANT, State Police Investigator, | LEK/GHL |
| *Defendants*. | |

---

     I, Mary Beth Maruski, declare pursuant to 28 USC **§** 1746, that on July 28, 2005, I served the **Defendants' Notice of Motion to Dismiss and Defendants' Memorandum of Law in Support of Motion to Dismiss**, filed herein electronically on July 28, 2005 upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Post Office Department, directed to the individual at the address, designated for that purpose, as follows:

Rayon Dawkins
02A6506
Bare Hill Correctional Facility
Caller Box 20, Cady Road
Malone, NY  12953


Dated: July 28, 2005
       Albany, New York

                                                    *s/ Mary Beth Maruski*
                                                    Mary Beth Maruski